**Order filed March 19, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00054-CV
_____

## RYAN BROUSSARD, Appellant

## V.

## IPSCO TUBULARS, INC. D/B/A TMK IPSCO, Appellee

**On Appeal from the 70th District Court**
**Ector County, Texas**
**Trial Court Cause No. A-19-08-1063-CV**

## O R D E R

In this accelerated appeal from an order in which the trial court denied a special appearance, Appellant, Ryan Broussard, has filed in this court a motion to stay all proceedings, including discovery, in the underlying suit. At the time that Appellant conferred with Appellee, IPSCO Tubulars, Inc. d/b/a TMK IPSCO, Appellee opposed the motion to stay. Appellee has since filed a response in this court in which Appellee indicates that it "has withdrawn its opposition to Appellant's Motion to Stay Pending Interlocutory Appeal."

Appellants' motion to stay is granted.  Accordingly, all proceedings below are stayed pending further order of this court or final disposition of the interlocutory appeal in this cause.  *See* TEX. R. APP. P. 29.3.

PER CURIAM

March 19, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.